8/4/15

FILED IN COURT OF APPEALS
12th Court of Appeals District

AUG 14 2015

CATHY S. LUSK, CLERK

TO: COURT CLERK

RE: AS PER YOUR LETTER DATED
7/29/15 - APPEAL ATTORNEY

ENCLOSED ARE COPIES OF LETTERS
TO YOU, 241ST JUD. DIST., &
SMITH CO. SHERRIF CONCERN-
ING MY ATTEMPTS TO GET AN
ATTORNEY & BE READY FOR
APPEAL, WHICH IS GOING TO
BE DIFFICULT DUE TO THE
JAILS PROCLIVITIES!

July 8, 15

MY COPY - DUPLICATE

Michael B. Johnson 12-15-00173CR/241-0950-14
B.C. Unit 1992023
9601 Spur 591
Amarillo, TX 79107-9606

① Lois Rogers - Dist Clerk, Smith Co. &
② Cathy Lusk - Clerk, 12th Court of Appeals; Tyler

RE: PLEASE HELP! MENTALLY DISABLED; WRONGFUL CONVICTION - APPEAL; #241-0950-14; DENIAL OF DUE PROCESS - ILLEGAL & MALICIOUS; APPOINT COUNSEL IMMEDIATELY! I CANNOT DO IT MYSELF!! NEED ALL STAMP-FILED PRO-SE COURT DOCUMENTS & REPORTERS RECORD, ETC! PLEASE EXPEDITE!! ALL MY RECORDS (PRO-SE) ILLEGALLY CONFISCATED @ Co. JAIL. INDIGENT. COURT HAS NO ACCOUNTABILITY!

DEAR _____:

I AM DISABLED; VICTIM OF AGGRAVATED MALICIOUS VIOLENT ASSAULT TO MY HEAD & BRAIN ON 27 NOV 11 (EPIDURAL HEMATOMA) RESULTING IN TRAUMATIC HEAD & BRAIN SURGERY @ 3 WK COMA! ETMC. I WAS VIOLENTLY ASSAULTED BY BILLY CLAY, EX-HUSBAND OF ALLEGED VICTIM STACIE B. I AM STILL RECOVERING FROM INITIAL ASSAULT & SUBSEQUENT SEVERAL ASSAULTS TO MY HEAD BY ALLEGED VICTIM, & UNTIL THEY WERE ILLEGALLY CONFISCATED @ COUNTY JAIL, HAD ETMC E.R. TRIAGE RECORDS OF ALL THESE! I NEED ALL THE DOCUMENTS RETURNED @ ONCE - URGENT!! INCLUDING LETTERS TO THE COURT, IMPORTANT ADDRESSES & PH #s - FAMILY, WITNESSES, FRIENDS, COURT, LEGAL, PERSONAL, ETC.. ESPECIALLY URGENT ARE ALL THE STAMP-FILED (50) COPIES OF MOTIONS I SUBMITTED, TO PROVE SUPPRESSED EVIDENCE, DENIED SUBPOENAS FOR NO LOGICAL REASON, DENIAL OF DEFENSE FORENSIC PSYCHOLOGISTS & VARIOUS SCIENTIFIC EVIDENCE (TESTS); MANY OTHER MOTIONS (EXCULPATORY) @ ISSUE, MOTIONS FOR ETMC MENTAL HEALTH TREATMENT & PRESCRIPTIONS, "STACIE'S" PRIORS, DENIED MEANINGFUL ACCESS TO PROPER LAW LIBRARY, ETC.; IE. - ENTIRE PRO-SE FILE; ILLEGAL & MALICIOUS!!

— GROUNDS FOR NEW TRIAL; (*COURT - PROSECUTION)

— COURT* WITHHELD - DENIED EVIDENCE & DNA TESTING; COURT MISDIRECTED THE JURY; ACCUSED WAS DENIED (ANY) COUNSEL - EVEN "STAND-BY" REFUSED FUNDAMEN-

TAL CRUCIAL HELP; SEVERAL CRUCIAL MATERIAL DEFENSE WITNESSES PREVENTED FROM TESTIFYING BY FORCE, FRAUD, TRICKERY &/OR EVIDENCE TENDING TO ESTABLISH THE INNOCENSE OF ACCUSED INTENTIONALLY WITHHELD PREVENTING ITS PRODUCTION @ TRIAL (RULE 21.3 c); THE VERDICT IS CONTRARY TO THE LAW & EVIDENCE (RULE 21.3 h) ILLEGAL SEARCH & SEIZURE (ALLEGED VICTIM NOT ON LEASE-CONTRACT); JUDGE DENIED REASONABLE BOND (REDUCTION) & LAW LIBRARY; PROSECUTORS FALSE ACCUSATION OF '04 CONVICTION- NO CONVICTION!; JUDGE RUSHED ME (ACCUSED) DURING SELECTION OF JURY; I (ACCUSED) HAVE BRAIN DAMAGE-DENIED ADEQUATE (ANY) PROPER & PROFESSIONAL MEDICAL, DENTAL & MENTAL HEALTH TREATMENT & PRESCRIPTION MEDICATION REGARDLESS OF MANY SUBMITTED STAMP-FILED MOTIONS, COURT WITHHELD EXCULPATORY EVIDENCE! COURT IGNORED-DENIED ALMOST 50 CRUCIAL MOTIONS! PROSECUTOR TWISTED FAVORABLE FACTS TO MAKE ME LOOK GUILTY; PHYSICIANS' EXCULPATORY EVIDENCE/TESTIMONY! PROSECUTION MINIMIZED MY VIOLENT TRAUMATIC HEAD & BRAIN SURGERY & AFFECTED MENTAL HEALTH & SUBSEQUENT ASSAULTS! PROSECUTION CALLED ME A LIAR IN FRONT OF JURY DURING TRIAL! JUDGE ACTED AS PROSECUTION! NO DISCRETIONARY REVIEW OF DENIED MOTIONS: ARBITRARY!! DENIAL OF EX-PARTE HEARINGS, ABUSIVE DISCRETION OF COURT. THE VERDICT WAS DECIDED BY LOT OR IN ANY MANNER OTHER THAN FAIR EXPRESSION OF OPINION BY JURORS (RULE 21.3 c). DIGNITY OF U.S. GOV'T WILL NOT PERMIT CONVICTION OF ANY PERSON ON TAINTED TESTIMONY! MOTION TO ADDUCE FACTS ON RECORD!

THIS FACILITY DENYING AN INDIGENT LEGAL SUPPLIES & LAW LIBRARY!

SINCERELY,

USAF VET

PS: SGT MICHAEL [USNAVY!] 903-747-2211. HELP! (LEGAL)

27MAY15

COPY

MICHAEL B. JOHNSON
BIC
~~BYRD~~ 1992023
960 SPUR 591
~~21441247~~
AMARILLO
~~HUNTSVILLE~~, TX 79107-9606 ~~77320~~

LARRY SMITH- SMITH CO. SHERRIF
227 N. SPRING AVE
~~PO. BOX~~
TYLER, TX ~~75716~~ 75702

RE: SMITH CO. JAIL, LT SHOEMAKER et. al. MALICIOUS MISCONDUCT, DELIBERATE IN-DIFFERANCE, ARBITRARILY DENYING ME MY ENTIRE PRO-SE EXCULPATORY EVIDENCE; COURT, LEGAL, MEDICAL & PERSONAL DOCUMENTS, ETC.; ILLEGALLY!

DEAR SIR;

PLEASE HELP! COURT DEADLINE ON APPEAL.

SMITH CO. JAIL, LT SHOEMAKER, et. al. IS ILLEGALLY, ARBITRARILY & MALICIOUSLY DE-PRIVING ME OF ALL MY LEGAL, COURT, MEDICAL & PERSONAL (ETC) DOCUMENTS THAT THEY CONFISCA-TED FROM ME, ESSENTIAL & CRUCIAL TO MY APPEAL; THESE INCLUDE MY BIBLE, MY SON'S NAVY PHOTO, ALL MY ADDRESSES & PH-#'s [FAMILY, COURT, LEGAL MEDICAL, HOSPITAL, WITNESS-ES, ETC], LETTERS, WRITING PAPER, STAMPED ENVELOPES, ART DRAWINGS, PENS, PENCILS, ERASER, SON'S LETTERS, MY READING GLASSES MAKING IT IMPOSSIBLE TO READ & HIGHLY DIFFICULT TO WRITE, MY 2 COFFEE CUPS TOP & BOTTOM THERMALS, 2 PR BOXER SHORTS, SONGS I WROTE, NOTES, MY BOOKS (NOVELS)... THERE ARE OVER 50 STAMPED-FILED MOTIONS INCLUDED THAT I SUBMITTED TO THE COURT AS WELL AS SEVERAL LETTERS TO THE CLERK (COURT RELATED).

I NEED THIS RETURNED AT ONCE! LT. SHOEMAKER TOLD ME THIS WOULD COME WITH ME; HE LIED! I DEMAND REDRESS.

SINCERELY,

USAF VET

THE STATE OF TEXAS

VS

MICHAEL B. JOHNSON-KAZANJIAN
DEFENDANT-ACCUSED
TDCJ# 1991023
D.O.B. 04 APR 59

COPY-DUPLICATE

IN THE 241ST DISTRICT COURT
OF SMITH COUNTY, TEXAS

## ORDER: APPOINTMENT OF COUNSEL

CAME ON THIS DAY FOR CONSIDERATION, THE DEFENDANT'S REQUEST FOR APPOINTMENT OF COUNSEL TO ASSIST HIM IN RESOLVING PENDING CHARGES IN THE ABOVE STYLED CASE PERSUANT TO TEXAS CODE CRIM. PROC. ART 1.051. THE COURT HAS REVIEWED THE DEFENDANT'S DECLARATION IN SUPPORT OF RIGHT TO REPRESENTATION BY COUNSEL IN THIS MATTER AND IT IS HEREBY:

ORDERED THAT AN ATTORNEY SHALL BE APPOINTED TO REPRESENT DEFENDANT PERSUANT TO TEXAS CODE CRIM. PROC. ART 1.051. ACCORDINGLY, THE FOLLOWING ATTORNEY IS HEREBY APPOINTED AND INSTRUCTED TO CONTACT HIS/HER CLIENT REGARDING THIS MATTER:

_____

_____

IT IS FURTHER ORDERED THAT A COPY OF THIS ORDER SHALL BE SENT TO THE DEFENDANT BY THE CLERK OF THIS COURT.

_____
JUDGE PRESIDING

## CERTIFICATE OF SERVICE

I CERTIFY THAT A COPY OF THE FOREGOING MOTION FOR COURT APPOINTED COUNSEL, EXHIBIT 1, AND ORDER HAVE BEEN MAILED, CERTIFIED MAIL, RETURN RECEIPT REQUESTED/HAND DELIVERED TO _____ ~~PRO SE~~ EXECUTOR FOR THE STATE AT _____, ON THIS THE ____ DAY OF _____, 2015,

_____ USAF VET
DEFENDANT, PRO-SE
MICHAEL B. JOHNSON-KAZANTIAN
TDCJ No. 01992023
TDCJ UNIT BILL CLEMENTS
9601 SPUR 591
AMARILLO, TX 79107-9606